IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 4:00-67-CMC |
| | ) | |
| -versus- | ) | |
| | ) | **OPINION and ORDER** |
| | ) | |
| Johnny Joseph, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for extension of time to appeal, filed with this court October 7, 2010. Pursuant to the directive of the Fourth Circuit Court of Appeals, the Clerk is directed to construe Defendant's motion as a Notice of Appeal, filed *nunc pro tunc* as of October 5, 2010, and to forward Defendant's Notice of Appeal to the Fourth Circuit Court of Appeals.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 13, 2011